THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAY ORLEY, AMERIGO ANGELINI, THOMAS ROONEY and NEWMAN RAYMOND, Appellants.

(Argued October 10, 1935; decided November 19, 1935.)

*Francis J. Mahoney* for Ray Orley, appellant.

*Samuel Stern* for Amerigo Angelini, appellant.

*George F. Mara* and *Thomas F. Kane* for Thomas Rooney, appellant.

*Robert E. Manley* and *Moses A. Sachs* for Newman Raymond, appellant.

*William Copeland Dodge, District Attorney* (*Felix C. Benvenga* and *Philip A. Donahue* of counsel), for respondent.

As to each defendant, judgment of conviction affirmed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.